B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## Eastern District of Michigan

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Detroit Tubular Rivet, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**38-1472921** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1213 Grove Street**<br>**Wyandotte, MI**<br>ZIP Code **48192** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Wayne** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

### Type of Debtor
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

### Tax-Exempt Entity
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ 1-49 | ☐ 50-99 | ■ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |

**Estimated Assets**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ■ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Detroit Tubular Rivet, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Detroit Tubular Rivet, Inc.** |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X** _____<br>Signature of Debtor<br><br>**X** _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>**X** _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |

| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|
| **X** /s/ Jason W. Bank<br>Signature of Attorney for Debtor(s)<br><br>Jason W. Bank<br>Printed Name of Attorney for Debtor(s)<br><br>Kerr, Russell and Weber, PLC<br>Firm Name<br><br>500 Woodward Avenue, Suite 2500<br>Detroit, MI 48226-3427<br><br>Address<br><br>Email: jwb@krwlaw.com<br>313-961-0200 Fax: 313-961-0388<br>Telephone Number<br><br>December 17, 2010<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>**X** _____<br><br>_____<br>Date<br><br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X** /s/ Gerald Keast<br>Signature of Authorized Individual<br><br>Gerald Keast<br>Printed Name of Authorized Individual<br><br>President and CEO<br>Title of Authorized Individual<br><br>December 17, 2010<br>Date | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.* |

In re   **Detroit Tubular Rivet, Inc.**,      Case No. _____
                           Debtor

Chapter   **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Gerald Keast**<br>**2110 Davis St.**<br>**Wyandotte, MI 48192** | | **100%** | **Shares** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President and CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **December 17, 2010**        Signature  **/s/ Gerald Keast**
                                                                   **Gerald Keast**
                                                                   **President and CEO**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

**0** continuation sheets attached to List of Equity Security Holders

## United States Bankruptcy Court
### Eastern District of Michigan

In re  **Detroit Tubular Rivet, Inc.**                                   Case No.
                                   Debtor(s)                              Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President and CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **December 17, 2010**           **/s/ Gerald Keast**
                                       **Gerald Keast**/**President and CEO**
                                       Signer/Title

401K Charles F. Kaiser
P. O. Box 279
Trenton, MI 48183


A&E Environmental LLC
30110 Beverly Rd
Romulus, MI 48174


Absolute Quality, Inc.
18224 Telegraph Ropad
Romulus, MI 48174


Absopure Water Co.
Dept. #11-286163
P. O. Box 701760
8835 General Dr.
Plymouth, MI 48170


Adrem Incorporated
P. O. Box 582
Oxford, MI 48371-0582


Alan C. Young & Associates P.C.
7310 Woodward Avenue, Suite 740
Detroit, MI 48202


AMAC Enterprises
5909 West 130th St.
Cleveland, OH 44130


American/Jebco Corporation
11330 West Melrose Ave.
Franklin Park, IL 60131-1367


Applied Industrial Technologies
22510 Network Place
Chicago, IL 60673-1225


Art Miller
Sivaco Ontario
P. O. Box 15240
Detroit, MI 48215

Artistic Plating
405 W. Cherry St.
Milwaukee, WI 53212-4095


Auto Pellets & Boxes
289000 Southfield Road
Southfield, MI 48076


BCS Industries, LLC
P. O. Box 403639
Atlanta, GA 30384-3639


Beneke Wire Company
5540 National Turnpike
Louisville, KY 40214


BP
P. O. Box 70887
Charlotte, NC 28272-0887


Broco Products, Inc.
18624 Syracuse Avenue
Cleveland, OH 44110


Camchem, LLC
5200 Merriman Road
Jackson, MI 49204


Carlo Salvi USA Inc.
4035 King Road
Sylvania, OH 43560


Cavalier Business Communications
Attn: Joanne
27777 Franklin Road
Southfield, MI 48034


ChemStation of Detroit
35355 Schoolcraft Road
Livonia, MI 48150


Cintas Corporation
Cintas Corporation-300
P. O. Box 630910
Cincinnati, OH 45263-0910

Circle Environmental
806 Airport Blvd., Suite 5&6
Ann Arbor, MI 48108


Citizens Bank
900 Tower
328 S. Saginaw Street
Flint, MI 48502


City of Wyandotte
3131 Biddle Avenue
Wyandotte, MI 48192


Cleveland Black Oxide
836 Broadway Ave.
Cleveland, OH 44115-2813


Columbia Chemical
3097 Interstate Parkway
Brunswick, OH 44212-4328


Condat Corporation
P. O. Box 8014
Ann Arbor, MI 48107


County of Wayne
Waye County Dept. of Environment
415 Clifford
Detroit, MI 48226


Cousins Waste Control
1701 E. Matzinger Road
Toledo, OH 43612


CZ Cartage, Inc.
48735 Grand River Avenue
Novi, MI 48374


Dego Impact Tool
1195 Rochester Road, Suite B
Troy, MI 48083


Detroit Band Saw
P. O. Box 530566
Livonia, MI 48153-0566

Dickinson Wright, PLLC
Attn: Allison Bach
500 Woodward Ave.
Suite 4000
Detroit, MI 48226-3425


Don Gibson
244 Woodwinds Drive
Columbia, SC 29212


Downriver Lawn Service, Inc.
20445 Gudith Road
Trenton, MI 48183


Downriver Lift Truck Co.
20065 Trentwood Court
Trenton, MI 48183


DTE Energy
P. O. Box 740786
Cincinnati, OH 45274-0786


Dura-Pack
7641 Holland Road
Taylor, MI 48180


Eastern oil Company
590 S. Paddock
Pontiac, MI 48341


Educational Data Systems, Inc.
15300 Commerce Drive North, Suite 200
Dearborn, MI 48120


Emerald Steel Processing
31600 Stephenson Hwy.
Madison Heights, MI 48071


Equipment Material Sales, LLC
671 Grove St.
Wyandotte, MI 48192


Erieview Metal Treating
4465 Johnston Pkwy.
Cleveland, OH 44128

Every Ready Pin & Manufacturing, Inc.
5560 International Drive
Rockford, IL 61109


Exxon Mobil
P. O. Box 688938
Des Moines, IA 50368-8938


F.J. DeSana Revocable Trust
LaSalle Bank
825 West Long Lake Road
Ann Arbor, MI 48103


Fastenal Company
P. O. Box 1286
Winona, MN


FedEx
P. O. Box 371461
Pittsburgh, PA 15250-7461


Gerald Keast
2110 Davis
Wyandotte, MI 48192


Great Lakes Pension Associates, Inc.
37923 W. 12 Mile Road
Farmington, MI 48331


Haviland Products Company, Inc.
421 Ann St.
Grand Rapids, MI 49504-2075


Hite Tool Co.
32127 Block St.
Garden City, MI 48135


Ideal Precision Instrument Service, Inc.
4539 E. Broad Street
Columbus, OH 43213


Imperial Punch & Mfg., Inc.
2016 23rd Avenue
Rockford, IL 61104

Industrial Control Repair
28601 Lorna Ave.
Warren, MI 48092


Industrial Paramedic Services, Inc.
21421 Hilltop St., Suite 16
Southfield, MI 48034


Internal Revenue Service
Centralized Insolvency
P. O. Box 21126
Philadelphia, PA 19114-0326


Internal Revenue Service
c/o U.S. Attorney for the EDM
211 W. Fort Street
Suite 2001
Detroit, MI 48226


J. C. Goss
6330 East Jefferson Avenue
Detroit, MI 48207


Jeff Yoas
8950 Drew Street
Newport, MI 48166


Jessup Engineering Inc.
2745 Bond Street
Rochester, MI 48309


K. Alpha, LLC
5824 Bee Ridge Street
Sarasota, FL 34233-5065


Kenneth Wilson
321 Sawmill Creek Drive
Huron, OH 44839


Konica Minolta Business Solutions
Dept. CH 19188
IL 60058-9188

Kreher Steel Company, LLC
3218 Paysphere Circle
Chicago, IL 60674


Kyron Plating Corp.
1336 West 114th Street
Cleveland, OH 44102


M & M Group, Inc.
13233 Commonwealth
Southgate, MI 48195


Marta Kramer
8036 Woodcrest Drive
Grosse Ile, MI 48138


Mary Jo Sadonis
16064 Kennebec
Southgate, MI 48195


Mason Header Die
519 N. Mason St., Unit #42
Mason, MI 48854


Mechanical Plating
9750 Grinnell Avenue
Detroit, MI 48213


Met Life Insurance Interest
Met Life Insurance
P. O. Box 371888
15250


Metro Scale Company, Inc.
17670 Allen road
Melvindale, MI 48122


Michigan Chamber Services
600 S. Walnut
Lansing, MI 48933


Michigan Manufacturers Directory
1633 Central St.
Evanston, IL 60201-1569

Minute Men, Inc.
Lockbox 715240
P. O. Box 715240
Columbus, OH 43271-5240


Mittal Canada Inc.
4000 route des Acieries
Contrecoeur, QC
Canada    J0L 1C0


Monarch Metals, Inc.
1141 North Warson Road
Saint Louis, MO 63132


Motor City Pipe & Supply
P. O. Box 27259
12389 Schaefer Hwy.
Detroit, MI 48227


NAPA Auto Parts
Genuine parts Co. - Detroit D.C.
5959 Collections Center Drive
Chicago, IL 60693


New Craft Tool & Die, Inc.
13501 Ashurst Ct.
Livonia, MI 48150


NSF-ISR
Dept. Lockbox #771380
P. O. Box 77000
Detroit, MI 48277-1380


NUS Consulting Group
One Maynard Drive
Park Ridge, NJ 07656-0715


Occupational Health Centers
P. O. Box 5106
Southfield, MI 48086-5106


Oerlikon Balzers Coating USA Inc.
2511 Technology Drive
Suite 114
Elgin, IL 60124

Packline
1675 Fritz Dr.
Trenton, MI 48183-2100


PCSI
29912 Gratiot Ave.
Roseville, MI 48066


Pitney Bowes Global Fin. Svc.
P. O. Box 371887
Pittsburgh, PA 15250


Precision Calibration Service, Inc.
29912 Gratiot Ave.
Roseville, MI 48066


Preferred Personnel
P. O. Box 16253
Greenville, SC 29606


Propane Services, Inc.
P. O. Box 35
Taylor, MI 48180-0035


Provident Life and Accident Ins. Co.
P. O. Box 403748
Atlanta, GA 30384-3748


Purchase Power
P. O. Box 371874
Pittsburgh, PA 15250


Pyramid Pallet Recycling
301 Green St.
Detroit, MI 48209


Reliable Plating
1538 West Lake Street
Chicago, IL 60607-1468


Rockford Manufacturing Group, Inc.
14343 Industrial Parkway
South Beloit, IL 61080-2626

RTI Laboratories, Inc.
31628 Glendale St.
Livonia, MI 48150


Service Heat Treating, Inc.
9320 North 107th Street
Milwaukee, WI 53224


Siemans Water Technologies
Dept. CH 14232
Palatine, IL 60055-4232


Simplex/Grinnell
Dept. CH10320
Palatine, IL 60055-0320


Sivaco Ontario
330 Thomas St.
P. O. Box 220
Ingersoll, ON  N5C 3KS
Canada


SPS Commerce, Inc.
VB Box 3
P. O. Box 9202
Minneapolis, MN 55480-9202


State of Michigan
Michigan Dept. of Environmental Quality
Cashiers Office C304
P. O. Box 30460
Lansing, MI 48909


Steel Processing Company
23605 Groesbeck Hwy.
Warren, MI 48089


Suburban Industries, Inc.
28093 Fort St.
Trenton, MI 48183


Sunnen Products Company
7910 Manchester Ave.
Saint Louis, MO 63143

```
Suresource
20 Constitution Blvd. South
Shelton, CT 06484-4302


Thomas Net
TPCo LLC
Dept. CH 14193
Palatine, IL 60055-4193


Ti-Coating, Inc.
50500 Corporate Drive
Utica, MI 48315


Tru-Green
P. O. Box 577
Taylor, MI 48180


U.S. Bank Credit Card
U.S. Bank
4301 Lindell Blvd.
Saint Louis, MO 63108-2701


United Parcel Service
Lockbox 577
Carol Stream, IL 60132-0577


Universal Container Corp.
10750 Galazie
Ferndale, MI 48220


Universal Traffic Service, Inc.
P. O. Box 888470
5500 International Pkwy SE
Grand Rapids, MI 49588-8470


UNUM
P. O. Box 409548
Atlanta, GA 30384-9548


Van Machine
131 2nd St.
East Leroy, MI 49051
```

VisiCom Services, Inc.
2534 S. Rochester Road
Rochester, MI 48307


Warner Norcross & Judd LLP
2000 Town Centre, Suite 2700
Southfield, MI 48037-1318


Wyandotte Alarm Company
1409 Oak Street
Wyandotte, MI 48192


Wyandotte Municipal Service
3131 Biddle
Wyandotte, MI 48192


Wyandotte Welding Supply, Inc.
P. O. Box 96
Wyandotte, MI 48192-0096


Yoas Lawn and Snow Service
8950 Drew Street
Newport, MI 48166